In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-15-00051-CR
_____

DANNY LEE BATY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 13-12-13673 CR

## MEMORANDUM OPINION

The trial court sentenced Danny Lee Baty on a conviction for possession of a controlled substance. Baty filed a notice of appeal on January 28, 2015. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P.  25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On February 2, 2015, we notified the parties that we would dismiss the appeal unless the appellant established that the certification is incorrect. The appellant did not

1

file a response or otherwise demonstrate that the trial court has signed an order that he has a right to appeal at this time. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on March 3, 2015
Opinion Delivered March 4, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.